**FILED**

MAR 0 7 2018

Clerk, U.S District Court
District Of Montana
Missoula



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 17-02-H-JCL |
| Plaintiff, | |
| vs. | JUDGMENT |
| JOHN COE RICHARDSON, | |
| Defendant. | |

On March 5, 2018, Defendant John Richardson appeared before the Court for a trial on the two criminal charges set forth in the Information filed against him. Following the United States' case in chief Defendant moved to dismiss the charges pursuant to Fed. R. Crim. P. 29. The Court granted the motion as to Count I of the Information, and IT IS HEREBY ORDERED that Count I is DISMISSED. Defendant's motion is DENIED as to Count II of the Information.

Having considered the evidence and testimony presented during the trial IT IS THE JUDGMENT of the Court that Defendant is guilty of the charge set forth in Count II of the Information – disorderly conduct in violation of 40 U.S.C. §§ 121(c) and 1215(c), and 41 C.F.R. § 102-74.390.

IT IS FURTHER THE JUDGMENT of the Court that Defendant is sentenced to serve a term of 15 days of incarceration. The United States Marshal's office will notify Defendant of the location of the facility in which he shall serve this sentence and the date on which he shall report to such facility.

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) he has a right to appeal this Judgment of conviction and the sentence imposed by this Judgment, within 14 days of its entry. To appeal, Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of appeal must specify the judgment being appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the United States at 119 First Ave. North, Suite 300, Great Falls, Montana 59403.

DATED this 7th day of March, 2018.

Jeremiah C. Lynch
United States Magistrate Judge

2